FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 15 2012

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**STACY DAVIS**                                                                 **PLAINTIFF**

-vs.-                            Case No. 12:4-cv-283 JLH

**STEPHENS & MICHAELS ASSOCIATES, INC.**                 **DEFENDANT**

## COMPLAINT & JURY DEMAND

COMES NOW Plaintiff Stacy Davis, by and through her attorneys Josh Sanford and Cheslee Mahan of Sanford Law Firm, PLLC, and for her Original Complaint against Defendant Stephens & Michaels Associates, Inc. (hereinafter individually referred to as "Stephens"), does hereby state and allege as follows:

This case assigned to District Judge Holmes
and to Magistrate Judge Volpe

**I.**

### JURISDICTION

1.     This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331, 1337.

2.     This court may exercise supplemental jurisdiction over the related state law claims arising out of the same nucleus of operative facts which give rise to the Federal law claims.

1

## II.

## PARTIES

3.     The Defendant to this lawsuit is Stephens & Michaels Associates, Inc. which is a New Hampshire corporation that maintains registered offices in Pulaski County, Arkansas.

## III.

## VENUE

4.     The transactions and occurrences which give rise to this action occurred in Lonoke County, Arkansas.

5.     Venue is proper in the Eastern District of Arkansas.

## IV.

## GENERAL ALLEGATIONS

6.     Defendant is attempting to collect on a consumer debt allegedly owed by Plaintiff for a personal Capital One credit card in the amount of about $1,500.00.

7.     Plaintiff last made a payment on this alleged debt at least 10 years ago.

8.     The debt for which the Defendant is attempting to collect is well beyond the Statute of Limitations.

9.     On or about October 18, 2011, Defendant's male representative called Plaintiff. Plaintiff did not answer the phone and Defendant did not leave a message.

10.    Plaintiff then called Defendant back on October 18, 2011 at 5:01 p.m. to see who they were.

11.    During that conversation, Defendant said to Plaintiff, "You owe this and we will sue you if you don't come up with the full amount."

12. To date, Plaintiff has not received anything in writing from Defendant; Plaintiff has not been sued by Defendant.

## V.

## COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff reincorporates the preceding allegations by reference.

14. At all relevant times Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

15. Plaintiff is a "consumer" for purposes of the FDCPA and the account at issue in this case is a consumer debt.

16. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

17. Defendant's foregoing acts in attempting to collect this alleged debt violated 15 U.S.C. §1692 et. seq;

18. The Plaintiff has suffered damages as a result of these violations of the FDCPA.

## VI.

## DEMAND FOR JURY TRIAL

19. Plaintiff demands trial by jury in this action.

## VII.

## DEMAND FOR JUDGMENT FOR RELIEF

Accordingly, Plaintiff requests that the Court grant him the following relief against the defendant:

a. Actual damages.

b. Statutory damages.

c. Treble damages.

d. Statutory costs and attorney fees.

Respectfully submitted,

**PLAINTIFF STACY DAVIS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 S. SHACKLEFORD, STE 400
LITTLE ROCK, AR 72211
PHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By: *(signature)*
Cheslee Mahan
Ark. Bar No. 2009251
cheslee@sanfordlawfirm.com

and *(signature)*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com